AO 241 (Rev. 09/17)

LOCAL RULE 7.01 WILLIAM REEVES FEDERAL ATTORNEY -FEES APPLY-

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court MIDDLE | District: TAMPA FLORIDA |
|---|---|
| Name (under which you were convicted): WILLIAM MORGAN REEVES III | Docket or Case No.: |
| Place of Confinement: DADE CORRECTIONAL INSTUTITION | Prisoner No.: FLA 474227 |
| Petitioner (include the name under which you were convicted) WILLIAM MORGAN REEVES | Respondent (authorized person having custody of petitioner) v. FLORIDA DEPARTMENT OF CORRECTION RICKY DIXON |
| The Attorney General of the State of: FLORIDA 33602 | |

8:24 cv 1446 KKM-UAM

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   PINELLAS COUNTY COURTHOUSE
   14250 49TH STREET NORTH
   CLEARWATER, FLORIDA 33762-2800

   JUN 14 2024 AM 9:35
   FILED - USDC - FLMD - TPA

   (b) Criminal docket or case number (if you know): # 2808-937 + 2810-4696

2. (a) Date of the judgment of conviction (if you know): JANUARY 25TH, 2008
   (b) Date of sentencing: 1/25/2008 AND 9/17/2010    7/14/2000

3. Length of sentence: 1988 STATUTES LIFE 25 years AT 65% 16.25 years

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No
   WILLIAMS RULE ALL INCL.

5. Identify all crimes of which you were convicted and sentenced in this case:

   11/27/1988 SEX BAT/WPN. OR FORCE  1/25/2008 LIFE
   7/13/1988 SEX BAT/WPN. OR FORCE  9/17/2010 20y CON.
   8/07/2001 SEX BAT/WPN. OR FORCE  9/17/2010 20y CON.
   8/07/2001 BURGLARY, ARMED W/EXP  9/17/2010 20y CON
   7/14/2000 COCAINE - SALE/MANUF/DELIV 9/26/2002 3y
   2/20/2003 POSSESSION         SAME CON. 3y

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty       ☒ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☒ (4) Insanity plea 1843
   DANIEL M'NAGHTEN'S CASE
   1982 JOHN W HINCKLEY JR

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? __HILLSOBROUGH INSANITY DIRECTED VIR PINELLAS TRIAL (ADDICTIONS OF ABOVE) INSANITY ALL WILLIAMS RULE FLA ADMEN 404.9 SECTION 90.404(2)(A)__

(c) If you went to trial, what kind of trial did you have? (Check one)

PINELLAS ☒ Jury   ☒ Judge only — HILLSBOROUGH

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   ☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?
   ☒ Yes   ☐ No

9. If you did appeal, answer the following:

   (a) Name of court: __FLA 2D DCA__
   (b) Docket or case number (if you know): __25 So. 3D 1239 (2009) · 88 So 3D 164 2011__
   (c) Result: __UPHELD - UPHELD__
   (d) Date of result (if you know): __UK NEVER INVITED TO PROPOSATE__
   (e) Citation to the case (if you know): __# 2802-4582-2808-937-2810-4696__
   (f) Grounds raised: __FLA DEPT OF PROF REG V WISE DID NOT HAVE SEX COULD NOT IDENTIFY ME / OR ASSAILONT WAS NOT THERE NEVER ERNESTO MIRANDA (1966) EARL WARREN-WARREN BRUGLER 384 US 436 + MAPP v OHIO (1961) 367 US 643 US CONSTITUTION (1787) SEPT 17TH ARTICLE 1, SECTION 9:3 BILL OF RIGHTS VIOLATIONS (1789) 1-4-5-6-7-8-9-10 /11-13-14-15-16-19-21-26 NO 3 STRIKES SERVED BEFORE TRIAL ONLY WILLIAMS RULE__

   (g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No
       If yes, answer the following:                          NOW
       (1) Name of court: __—__
       (2) Docket or case number (if you know): __—__
       (3) Result: __UK YET__

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    NEVER DISCOVERY
    PREPLANED — SAFTY MIRANDA 1 + FIRST AMENDMENT
    UNSOPHISTICATED NATURE OF THE CRIME "I CANT DO"

  (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: FIXED SLIDING DOOR OPENED FROM OUTSIDE - FEMALE SLEEPING 5 FT AWAY UNDERWARE ONLY ALL LIGHTS ON

    (3) Date of result (if you know): TRY IT YOUR SELF YOUR HONOR AT HOME

    (4) Citation to the case (if you know): CAN NOT DO WOULD SOUND LIKE A FREIGHT TRAIN

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: 2ND DCA

    (2) Docket or case number (if you know): —

    (3) Date of filing (if you know): — ALL 3

    (4) Nature of the proceeding: NOT GUILTY BY REASONS OF INSANITY

    (5) Grounds raised: ADICTIONS (SEX)(DRINK)(DRUGS)(EDUCATION)
    (NEVER UNSOPHISTICATED X OCD)

    CRIMES EVIDENCE UNSUBSTANTIAL, UNSCRUBULOUS
    UNSCIENTIFIC, UNAPPRPORATE USE OF VARIOUS
    NUCLAIC FORNSIC DOUBLE HELIX OF DEOXYRIBONUCLEIC
    ASID CELL NUCLEI SEPRATION OF THE TWO NUCLEOTIDE
    CROSS CONTAMITATION IDENTIFICATION, NO LOG, NO VIDIO
    NO CHAIN OF CUSTITY ENTERED IN TO EVEADENCE

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

    (7) Result: _____

       (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised: _____

                                                     UK

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

         ☐ Yes    ☐ No

       (7) Result: _____

       (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised: _____

                                                     UK

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☐ No
(2) Second petition:  ☐ Yes   ☐ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

UNDUE CONTAMINATIAL INFLUSENCE OF PROSACUTER ALL GENDER BIOS AS TRIEL COURT NO 48% MALE INFLUNCE

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: REFUSIAL OF ACCESS TO LAW LIBUARY FOR DUE PROCESS OF LAW EXAMANATATION BY EQUAL OR HIGHER AUTHORITY

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL - MAY 21, 2024 # 2405-463-084 ATTACHED EXHIBIT "A" US 5TH AMENDMENT SUBSTANCTIVE RIGHT TO DUE PROCESS OF LAW REVIEW AND 14TH AMENDMENT - NOR SHALL ANY STATE DEPRIVE ANY US CITIZEN OF THEIR FUNDEMTAL RIGHTS DUE DILIGENCE AFTER TBI 11 MONTH SIMI-COMATOSE 11-22-2022

(b) If you did not exhaust your state remedies on Ground One, explain why:

CASE NUMBER 8:24-CV-01199-TPB-AAS  05/30/2024

To You

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you ~~did not~~ raise this issue in your direct appeal, explain why: DID NOT DO IT EMPLOYER LUE ZIPKIN TESTIFED THAT I COULD NOT DO THE UNSOPHISTICATED NATURE OF ANY CRIME

(d) **Post-Conviction Proceedings:** 30 YEARS AS A BURG INVESTOGANER 339-A US ARMY MILITARY POLICE INVESTIGATOR FDOPR

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 3.800 - 3.850

Name and location of the court where the motion or petition was filed:

2ND DCA ONED SAWA DNA ON ONE LEG, SO SHE LET IT

Docket or case number (if you know): DRY "WHAT 3-4 HRS" CONDENSATION TILL WAKE UP

Date of the court's decision: NOT CALL THE CODS FOR HRS "WHY"?

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

GENDER BIOUS BY ALL FEMAIL COURT
JUDGE STATED IN OPEN COURT "HATE + HIDDISE ON ALL FEMALS
2 JURY IN VETING STATED SCAIRD OF ME SETTING LOOKING AT TH
ASK TO BE REMOVED - FEMALE PD STATED IN OPEN COURT
STOP LOOKING AT HER CAN'T YOU SEE YOUR SCARING HER TO DEATH
" SURE LIKE COULD HAVE ANY CHANCE FOR A FAIR TRIBL
AFTER THAT PUTTING ME IN SHOCK + INSANE
1843 - M'NAGHNUS CASE NOT GUILTY INSANITY

Page 7 of 16

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

OVER 10 ATTEMPTES FOR EOS AUGUST ? 2016
1988- 25 years AT 65% FROM 2000 COUNTY JAIL TIME NEVER OUT

**GROUND TWO:** IN COURT PD WROTE 25 years ON THE COVER OF MY FILE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

IF ITS NOT 25-65% 16.25 THAT WAS WRITTEN AND STATED - INAFECTIVE ASSANTS OF COUNCEL

BUT NO 5TH + 14TH + 1ST
(5)TH TWICE PUT IN JEOPARY FOR THE 3RD TIME 2ND CA 2011

(b) If you did not exhaust your state remedies on Ground Two, explain why:

ALL LEGAL MAIL RIPPED OPEN BY STAFF - DISTROIED MOTIONS 6- RIPPED OPEN ENVELOPE RETURNED BY MAIL ROOM MANIGER JOAN POPLOOS AT CAPTS OFFICE EVERGLADES CI ON 4-25-24 - 2PM

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

ALL INFO + MOTIONS - FORMS DISTROIDED BY STAFF

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: FOIA 5 USC 5552 EVERYTHING ABOUT MY PAST

Name and location of the court where the motion or petition was filed: TBI 80% GONE

Docket or case number (if you know):

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

TITLE VI LRA 2 USC § 31
FEDERAL TORT CLAIMS ACT 28 USC § 1346 (1946) CIVIL TORT

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

FED TORT $2,500.00 Per DAY FROM 2000
TO DATE FRCP RULE 1
WRONGFULL TRIEL AND CONVICTION + Sentec
9 MONTS ICU TBI BY DOC 10/2022 NOTHING DONE

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

ETHICS IN GOVERMENT ACT 2USC § 288 (1978)

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____

Page 9 of 16

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____ No 180 Day Speady and Impartier Trial
_____ No Miranda Ever No Signatur- or Virao
                                            Entereled

(c) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

  (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

  ☐ Yes   ☐ No   UK  Not Invited

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: Habeas + FS 79.01 & 79.12

  Name and location of the court where the motion or petition was filed: _____

  Dinellas + 2n DcA  Hillsbrough

  Docket or case number (if you know): 2810-4696 -2808-937-2802-4582

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

_____

  (3) Did you receive a hearing on your motion or petition?              ☐ Yes   ☐ No
                                                               UK
  (4) Did you appeal from the denial of your motion or petition?         ☐ Yes   ☐ No

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:
                                                UK

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____
  Not Invited to Attend To Speak my Case

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes  ☒ No  SAME TIME AS NOW

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   _____

   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes  ☐ No  SEE INCLUDED

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes  ☐ No  THIS

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

   _____

   _____

   _____

Page 13 of 16

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
EOS 2016 NOT 2024 WILLIAMS RULE ON ALL CASES

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

1843 TEMP INSANITY FOR EVERYONE IN MY FAMILY AND DIED IN THE 3½ YEARS IN COUNTY THEN 2 MORE SAME COUNTY
AFTER I FILED SPEEDY TRIAL 3 TIMES 180 DAYS
US 6TH AMENDMENT - SEE CJ EARL WARREN + WARREN BURGER 1966 MIRANDA V ARIZONA 384 US 436

Page 14 of 16

AO 241 (Rev. 09/17)

M'NAGHNIAS + JOHN W HENKLEY JR
1843 FROM 2000 TREATEDMENT CONTINUES
TBI SIMI-CONSTIONS- 14 MONTS WOKE UP
7 MONTS AGO
AWAIR NOW
DUE DILIGENCE
TO FIND MY PAST AND BONNIE
LEE HOLTSHER REEVES ?WALKER? DOC
80% OF MEMMORY STILL GONE
60% IQ
40% LONG TERM MEMORY

ITS INPOSSABLE FOR ME TO DO ANY UNSOPHISTICATED ACT OR DONT YOU SEE
AS A BURGLARY    DID NOT DUE IT
INVESTIGATOR, PK 339.A FROM 1974 MILITARY POLICE INVESTAGATOR
HATE CRIME ON ME BY ALL FEMAIL COURT
GENDER BOIS

CAN NOT CALL ANYONE ON TDD - VRS - PHONE
STAFF DELETED ALL PASSWORD SAYS NO TO NEW ONES

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -



(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;



(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or



the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Fed Tort - 2000 Ronsfull Conviction 2,500 Day Till Out Stay of Execution of Conviction + Sentence

or any other relief to which petitioner may be entitled. Leave Dade CI Civilion 79.01-79.12  300 Day Delay to Produce  Civilion Clouts

_____Pro Se_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___UK___ (month, date, year).

Executed (signed) on __6-9-2024__ (date).

_____Walh B Reed_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____

AO 241 (Rev. 09/17)

# Petition for Relief From a Conviction or Sentence
# By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

## Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ 0.00 , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and 0 copies to the Clerk of the United States District Court at this address:

    REFUSED ME COPYS TOLD GET THE Hell OUT
    Clerk, United States District Court for OF MY LIBRARY
    Address  LAW cleek STANDING THERE
    City, State Zip Code WITH MY COPYS AND
    MY GPOA For THE COURT

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION:** You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

Page 1 of 16